# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CARLOS F. MUSGROVE,

    Petitioner,

vs.                                                     Case No: 3:06cv512/MCR/EMT

JAMES McDONOUGH,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 23, 2009. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** without prejudice for Petitioner's failure to comply with an order of the court and want of prosecution.

**DONE AND ORDERED** this 24th day of December, 2009.

                                               s./ *M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **UNITED STATES DISTRICT JUDGE**